IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00200-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER ALLOWING ENTRY** |
| | ) | **OF AMENDED ORDER** |
| AQUILLA BROWN | ) | **OF FORFEITURE** |

Upon motion by the Government for entry of Amended Order of Forfeiture, it is hereby

ORDERED that entry of Amended Order of Forfeiture is allowed and that the Clerk of Court is directed to enter the Amended Order of Forfeiture provided by the Government.

SO ORDERED this <u>3rd</u> day of <u>August</u>, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge